UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:00-CR-125 |
| V. | ) | (JORDAN/GUYTON) |
| | ) | |
| ROBBY L. HARRIS | ) | |
| | ) | |

**ORDER OF DETENTION
PENDING HEARING**

The above-named defendant appeared in custody before the undersigned for an initial appearance on a Warrant issued on a Petition for Warrant for Offender Under Supervision. Assistant United States Attorney Michael E. Winck appeared on behalf of the government. Leslie M. Jeffress appeared as CJA counsel for the defendant. The government moved for detention. The defendant agreed to detention and understood he would be detained pending a revocation hearing.

Accordingly, **IT IS ORDERED:**

1. Defendant shall be detained pending his revocation hearing.

2. Defendant's revocation hearing is currently set **on September 8, 2005, at 9:30 a.m.** before the **Honorable Thomas A. Varlan** United States District Judge in Knoxville, Tennessee.

3. Defendant shall be held by the United States Marshal pending his revocation hearing on September 8, 2005 Defendant shall be produced at such time and place for his hearing to determine if his supervised release should be revoked.

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge